IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. HALL, | ) |
|     Petitioner, | ) |
| vs. | ) Civil Action No. 04-1179 |
| | ) Judge Joy Flowers Conti/ |
| JAMES BEARD, et al. | ) Magistrate Judge Amy Reynolds Hay |
|     Respondents. | ) |

AND NOW, this 30th day of January, 2006, after the petitioner, John J. Hall, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, upon consideration of the objections filed by petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS ORDERED that the Petition for Writ of Habeas corpus is dismissed;

    IT IS FURTHER ORDERED that a certificate of appealability is denied;

    IT IS FURTHER ORDERED that Petitioner's Motion for Preliminary Injunction is denied;

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Parties of Record